Submitted on record and brief June 15, reversed and remanded for reconsideration
July 14, 1993

In the Matter of the Compensation of
James M. Horton, Claimant.

EBI COMPANIES
and West Beaverton Sanitary Services, Inc.,
*Petitioners,*

*v.*

James M. HORTON,
*Respondent.*

(WCB No. 91-10143; CA A75395)

855 P2d 665

Thomas M. Sheridan and Davis & Bostwick, Portland,
filed the brief for petitioners.

Donald Atchison and Pozzi, Wilson, Atchison, O'Leary &
Conboy, Portland, waived appearance for respondent.

Before Rossman, Presiding Judge, and De Muniz and
Leeson, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v.
Herron,* 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271
(1992).